U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 9 2017

TONY R. MOORE, CLERK
BY: _____
         DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| VISHNU PRADEEP MEDA | CIVIL ACTION 1:17-CV-00546 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, LASALLE DETENTION FACILITY, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Meda's Emergency Motion to Stay Order of Removal (Doc. 4) is DISMISSED FOR LACK OF JURISDICTION.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 19th day of June 2017.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE